# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ZA'KARI DIJON,

      **Plaintiff,**

  v.                                      Civil Action 2:20-cv-5873
                                                      Judge Sarah D. Morrison
                                                      Magistrate Judge Elizabeth P. Deavers

**CENTRAL OHIO TRANSIT AUTHORITY,**

      **Defendant.**

## PRELIMINARY PRETRIAL ORDER

Based upon the parties' Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the Court **ADOPTS** the following schedule:

INITIAL DISCLOSURES

Initial disclosures shall be made by **FEBRUARY 1, 2021**.

VENUE AND JURISDICTION

There are no issues related to venue or jurisdiction.

PARTIES AND PLEADINGS

Any motion to amend the pleadings or to join additional parties shall be filed by **FEBRUARY 15, 2021**.

ISSUES

Plaintiff is a former employee of Central Ohio Transit Authority and brings claims of wrongful termination and retaliation under Title VII and Ohio Revised Code Section 4111.01. Plaintiff seeks a jury trial on all claims. Defendant denies that it engaged in any unlawful conduct.

DISCOVERY PROCEDURES

All discovery shall be completed by **JANUARY 3, 2022**. For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable

to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.

## DISPOSITIVE MOTIONS

Any dispositive motion shall be filed by **FEBRUARY 3, 2022**.

## EXPERT TESTIMONY

Primary expert reports must be produced within 45 days after the Court's decision on summary judgment. Rebuttal expert reports must be produced within 30 days of service of the primary expert reports. If the expert is specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(B), unless otherwise agreed to by the parties. If the expert is not specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(C), unless otherwise agreed to by the parties. Pursuant to Fed. R. Civ. P. 26(b)(4)(A), leave of court is not required to depose a testifying expert.

## SETTLEMENT

The parties engaged in settlement negotiations in January 2021 but have not reached a resolution. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference in May 2021. In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement order which requires *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

## OTHER MATTERS

None.

If the foregoing does not accurately record the matters considered and the agreements reached at the conference, counsel will please immediately make their objection in writing. If any date set in this order falls on a Saturday, Sunday or legal holiday, the date is automatically deemed to be the next regular business day.

**IT IS SO ORDERED.**

Date: January 26, 2021          */s/ Elizabeth A. Preston Deavers*
                                ELIZABETH A. PRESTON DEAVERS
                                UNITED STATES MAGISTRATE JUDGE